# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WEATHERSPOON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JONG JA PAK, an individual; JOON SIK PAK, an individual; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01871-PA-MAA<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: February 26, 2021<br>Trial Date:　Not on Calendar |

---

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Wayne Weatherspoon's action against Defendants Jong Ja Pak and Joon Sik Pak is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 09, 2021

Hon. Percy Anderson
United States District Judge